IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUN 26 PM 2: 57

McRAE,

        Plaintiff,

v.

BARNHARDT ET AL,

        Defendants.

Case No. C 07-01538 SBA

MOTION FOR DEFAULT JUDGMENT
AND
REQUEST TO CANCEL CASE
MANAGEMENT CONFERENCE

    Plaintiff files this Motion for Default Judgment, as there has been no answer to this complaint as of June 25, 2007, and the time for response has expired.

    Plaintiff also requests that the June 28, 2007 Case Management Conference be cancelled, as there has been no notice of the person to be contacted. Attached hereto is the Certificate of Service, and proof of service on defendants, of the Case Management Scheduling Order mailed to defendants in the manner required.

BY _____
      MARGIE McRAE, Plaintiff

Dated: June 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGIE McRAE, )<br>)<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>JOANNE BARNHARDT, COMMISSIONER )<br>SOCIAL SECURITY ADMINISTRATION, )<br>AND THE UNITED STATES, GEORGE )<br>BUSH, PRESIDENT, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br><br>NO. C 07-1538 SBA |

PROOF OF SERVICE OF CASE MANAGEMENT SCHEDULING

Defendants were served by certified mail with a return receipts as follows:

Arturo Gonzales, Attorney General for United States, George Bush, President
900 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Joanne Barnhardt, Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

BY: _____        Dated: May 11, 2007
       MARGIE McRAE, Plaintiff

**Receipt 1 (left):**

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.63 | 0020 |
| Certified Fee | $2.40 | 08 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.88 | 05/11/2007 |

Sent To: Arturo Gonzales Alberto General
Street, Apt. No. or PO Box No.: For United States, Department of Justice
City, State, ZIP+4: 900 Pennsylvania Ave., NW Washington, D.C. 20530

Article Number: 7005 1820 0008 2354 7666
PS Form 3800, June 2002

---

**Return Receipt 1 (left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: MAY 16 2007
C. Signature: X [signature] ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Arturo Gonzales Alberto General
For United States Department of Justice
900 Pennsylvania Ave., NW
Washington, D.C. 20530

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0008 2354 7666
PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**Receipt 2 (right):**

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.63 | 0020 |
| Certified Fee | $2.40 | 08 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.88 | 05/11/2007 |

Sent To: Joanne Barnhardt, Commissioner
Street, Apt. No. or PO Box No.: Social Security Admin.
City, State, ZIP+4: 6401 Security Blvd, Baltimore, MD 21235

Article Number: 7005 1820 0008 2354 7673
PS Form 3800, June 2002

---

**Return Receipt 2 (right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): SOCIAL SECURITY ADMINISTRATION BALTIMORE MARYLAND 21235
B. Date of Delivery: MAY 15 2007
C. Signature: X [signature] ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Joanne Barnhardt, Commissioner
Social Security Admin.
6401 Security Blvd
Baltimore, MD 21235

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0008 2354 7673
PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

## CERTIFICATE OF SERVICE

I have this day served the defendants with the following:

1. Motion for Default Judgment
    And
    Request to Cancel Case Management Conference

2. Proof of Service of Case Management Scheduling

by placing it with the United States Postal Service with adequate postage to ensure delivery addressed to:

Arturo Gonzales, Attorney General for United States, George Bush, President
900 Pennsylvania Avenue
Washington, D.C. 20530

Joanne Barnhardt, Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 12135.

BY: _____    Dated: June 26, 2007
    MARGIE McRAE, Plaintiff