IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

McRAE,

        Plaintiff,               Case No. C 07-01538 SBA

v.

BARNHARDT ET AL,       REQUEST FOR CLERK'S ENTRY OF DEFAULT

        Defendants.

        Plaintiff files this Request for Clerk's Entry of Default, as there has been no answer to this complaint, or any other pleadings or defense, as of June 28, 2007, and the time for response has expired.

        Defendants were properly served with summons and complaint by certified mail and the return receipts were made part of this case record. Defendant Barnhardt acknowledged service on April 13, 2007 and defendant United States acknowledged receipt of service by Attorney General Arturo Gonzales on April 16, 2007.

BY _____        Dated: June 28, 2006
     MARGIE McRAE, Plaintiff

FILED JUN 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

AFFIDAVIT OF MARGIE McRAE

The statements herein are based on my information, knowledge, and belief. I declare the following to be true under penalty of perjury under Federal and California law:

The summons and complaint for this case were served by certified mail with a return receipt, as required under the Federal Rules of Civil Procedure. The original receipts are filed in this case record. Defendant Barnhardt acknowledged receipt of service on April 13, 2007 and Attorney General Arturo Gonzales acknowledged receipt of service on behalf of the United States on April 16, 2007. As of June 28, 2007, both have failed to appear, plead or otherwise defend as provided in the Federal Rules of Civil Procedure.

BY: _____     Dated: June 28, 2007
MARGIE McRAE, Plainriff

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of _ALAMEDA_ } ss.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this _28th_ day of _JUNE_, _2007_, by

(1) _MARGIE McRAE_,
      Name of Signer

☐ Personally known to me
☑ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)
                                         (and
(2) _____,
      Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

_Signature of Notary Public_

[Notary seal: GLENN S. JONES, Commission # 1728328, Notary Public - California, Alameda County, My Comm. Expires Mar 28, 2011]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____   _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

CERTIFICATE OF SERVICE

I have this day served the defendants with the following:

Request for Clerk's Entry of Default

by placing it with the United States Postal Service with adequate postage to ensure delivery addressed to:

Arturo Gonzales, Attorney General for United States, George Bush, President
900 Pennsylvania Avenue
Washington, D.C. 20530

Joanne Barnhardt, Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 12135.

BY: _____  Dated: June 28, 2007
      MARGIE McRAE, Plaintiff