IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARGIE McRAE, | ) | CIVIL ACTION NO. 06-1999 MJJ |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO MOTION TO** |
| | ) | **DISMISS COMPLAINT UNDER** |
| vs. | ) | **FRCP 12(B)(5) FOR FAILURE** |
| | ) | **TO SERVE** |
| JOANNE BARNHART, Commissioner of | ) | |
| the SOCIAL SECURITY | ) | **AND** |
| ADMINISTRATION, MARK W. EVERSON,) | | |
| Commissioner of the INTERNAL REVENUE ) | | **MOTION FOR RULE 4(m) OR** |
| SERVICE, KAREN GILES AND PHYLLIS | ) | **RULE 6(b)(2) ENLARGEMENT** |
| SCADUTO, | ) | **OF TIME** |
| | ) | |
| Defendants. | ) | Date: November 14, 2006 |
| | ) | Time: 9:30 a.m. |
| | | Place: Courtroom 11, 19th Floor |
| | | 450 Golden Gate Avenue |
| | | San Francisco, CA |
| | | Judge: Hon. Martin J. Jenkins |

1.

Plaintiff objects to defendant's Motion to Dismiss based on Federal Rule of Civil

Procedure 4(m), as the record does not support failure of service.

2.

Plaintiff filed this action on March 15, 2006 and amended the complaint on March

16, 2006.

Plaintiff made arrangements for personal service without delay. Global

Messenger Corp., 1821 Washington Blvd, Baltimore, Maryland 21230, served the

Attorney General at 950 Pennsylvania Avenue in Washington, D.C., the IRS

Commissioner at 1111 Constitution Avenue in Washington, D.C., and the Social Security

Commissioner at 1508 Woodlawn Drive in Baltimore, Maryland, all on April 13, 2006.
Global Messenger Service is experienced in serving the Federal Government and was
selected by plaintiff for that reason.

3.

Benny Jones, an Alameda County process server, served Karen Giles and Phyllis
Scaduto on April 17, 2006. The five returns of service were personally filed with this
court by plaintiff on April 28, 2006 along with the original summons, copies of which
had been served with the complaint.

4.

On April 12, 2006, Carrie Hammer of the General Counsel's office in Baltimore
called plaintiff and asked plaintiff not to directly contact Ms. Giles and Ms. Scaduto.
Plaintiff explained to Ms. Hammer that she had served those defendants directly with the
amended complaint only because no attorney had been identified at that time.
(Declaration of Margie McRae). Plaintiff explained that the call to her home, her
unbuffered sanctuary, was stressful, and requested that future contact be made by mail.
Ms. Hammer explained that she had access to plaintiff's telephone number because of
plaintiff's work with the Social Security Administration. (Declaration of Margie McRae).
Plaintiff, a physician, has always had a private, unlisted home telephone number and has
always used a postal address, even before working for the California Department of
Corrections, high risk employment enhancing the necessity for confidentiality and
privacy. Plaintiff has never been on line and has no E-mail service. (Declaration of
Margie McRae).

5.

In a letter dated May 5, 2006, Assistant U.S. Attorney Jonathan U. Lee advised

plaintiff that she had "not properly served the United States or its agencies or employees."

Though the Attorney General had been served, the United States Attorney for the district

had not been served. On My 15, 2006, plaintiff served the Civil Process Clerk for the

U.S. Attorney by certified mail and notified Assistant U.S. Attorney Jonathan U. Lee that

she had done so in a letter on the same date (Exhibit A). It was signed for on May 16,

2006 and when the proof of delivery was returned, it was forwarded to this court by

United States Postal Service Priority Mail with delivery confirmation on June 23, 2006

(Exhibit B).

A copy was subsequently sent to Attorney Lee, but apparently the enclosure was

missing. Exhibit C is a copy of the United States Postal Service Certificate of Mailing

from the second mailing to Attorney Lee.

6.

When plaintiff received defendant's Motion to Dismiss, she went to the court and

learned that service on the Attorney General was in the case file, but not noted in the

computer log. Apparently that was because the Attorney General was not a named

defendant. The information has now been added to the computer log. (Declaration of

Margie McRae).

7.

Plaintiff made several telephone calls to Attorney Lee, wrote letters, and even

stopped by his office to arrange a schedule for "meet and confer". (Exhibit D).

Eventually, there was a meeting in the Federal Building in San Francisco and arrangements were made to meet again in early October to make initial disclosure. (Declaration of Margie McRae and Exhibit E).

8.

On October 2, 2006, plaintiff notified defendant that an answer was past due and requested an answer to avoid another Order to Show Cause (Exhibit E). Immediately thereafter, defendant filed this Motion to Dismiss.

9.

If personal service is precluded by Federal Rule of Civil Procedure 4, plaintiff's service may be defective, but Rule 4(m) is not to be construed harshly and the 120-day time limit is not absolute, Commentary C4-38 to Federals Rule of Civil Procedure Rule 4(m), and the court is empowered to extend time, perhaps even if good cause is lacking, Commentary C4-41 to Federal Rules of Civil Procedure Rule 4. The court also is empowered to extend time under Rule 6(b)(2). Failure to prosecute is not the case here. The evidence shows that plaintiff has tried diligently to process this case, and plaintiff moves this court pursuant to Rules 4(m) and 6(b)(2) for an extension of time to serve defendants, again, by certified mail or registered mail if, and only if, the personal service for which she paid so much is prohibited by the Federal Rules of Civil Procedure.

BY: _____          Dated: October 28, 2006

MARGIE McRAE, Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARGIE McRAE, | ) | CIVIL ACTION NO. 06-1999 MJJ |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO MOTION TO** |
| | ) | **DISMISS COMPLAINT UNDER** |
| vs. | ) | **FRCP 12(B)(5) FOR FAILURE** |
| | ) | **TO SERVE** |
| JOANNE BARNHART, Commissioner of | ) | |
| the SOCIAL SECURITY | ) | **AND** |
| ADMINISTRATION, MARK W. EVERSON,) | | |
| Commissioner of the INTERNAL REVENUE ) | | **MOTION FOR RULE 4(m) OR** |
| SERVICE, KAREN GILES AND PHYLLIS | ) | **RULE 6(b)(2) ENLARGEMENT** |
| SCADUTO, | ) | **OF TIME** |
| | ) | |
| Defendants. | ) | Date:  November 14, 2006 |
| | ) | Time:  9:30 a.m. |
| | ) | Place:  Courtroom 11, 19th Floor |
| | | 450 Golden Gate Avenue |
| | | San Francisco, CA |
| | | Judge:  Hon. Martin J. Jenkins |

**PROPOSED ORDER**

This court finds that plaintiff's personal service on the five parties meets the

requirements of Rule 4 even though it is personal service rather than by mail.

Defendant's Motion to Dismiss is denied.


Dated: _____               _____
                                     The Honorable Martin J. Jenkins
                                     United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGIE McRAE, | CIVIL ACTION NO. 06-1999 MJJ |
| Plaintiff, | **RESPONSE TO MOTION TO DISMISS COMPLAINT UNDER FRCP 12(B)(5) FOR FAILURE TO SERVE** |
| vs. | |
| JOANNE BARNHART, Commissioner of the SOCIAL SECURITY ADMINISTRATION, MARK W. EVERSON, Commissioner of the INTERNAL REVENUE SERVICE, KAREN GILES AND PHYLLIS SCADUTO, | **AND** **MOTION FOR RULE 4(m) OR RULE 6(b)(2) ENLARGEMENT OF TIME** |
| Defendants. | Date: November 14, 2006 |

Time: 9:30 a.m.
Place: Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA
Judge: Hon. Martin J. Jenkins

### PROPOSED ORDER

Plaintiff has made a good faith attempt at service on defendants. Personal service

is not effective as service must be by certified or registered mail.

The evidence shows that plaintiff has been diligent in the prosecution of this case

and this court finds good cause for granting an extension pursuant to Federal Rules of

Civil Procedure Rule 4(m).

Dated: _____          _____

The Honorable Martin J. Jenkins
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARGIE McRAE, | ) | CIVIL ACTION NO. 06-1999 MJJ |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO MOTION TO** |
| | ) | **DISMISS COMPLAINT UNDER** |
| vs. | ) | **FRCP 12(B)(5) FOR FAILURE** |
| | ) | **TO SERVE** |
| JOANNE BARNHART, Commissioner of | ) | |
| the SOCIAL SECURITY | ) | **AND** |
| ADMINISTRATION, MARK W. EVERSON,) | | |
| Commissioner of the INTERNAL REVENUE ) | | **MOTION FOR RULE 4(m) OR** |
| SERVICE, KAREN GILES AND PHYLLIS | ) | **RULE 6(b)(2) ENLARGEMENT** |
| SCADUTO, | ) | **OF TIME** |
| | ) | |
| Defendants. | ) | Date:  November 14, 2006 |
| | ) | Time:  9:30 a.m. |

Place:  Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA
Judge:  Hon. Martin J. Jenkins

**PROPOSED ORDER**

Plaintiff has made a good faith attempt at service on defendants. Personal service

is not effective as service must be by certified or registered mail.

The evidence shows that plaintiff has been diligent in the prosecution of this case

and this court finds good cause for granting an extension pursuant to Federal Rules of

Civil Procedure Rule 6(b)(2).

Dated: _____        _____

The Honorable Martin J. Jenkins
United States District Court Judge

# EXHIBIT A

Margie McRae
Box 24818
Oakland, CA 94623-1818


May 15, 2006


Jonathan U. Lee, Esq.
Assistant U.S. Attorney
Northern District of California
10th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

Dear Mr. Lee:

I am in receipt of your letter dated May 5, 2006. Under separate cover, I
have sent the complaint to the civil process clerk at the office of the United
States Attorney, where you are located, by certified mail. You indicated that
the United States has 60 days to answer, but it is my understanding that
Social Security has 90 days.

My letter was sent to the employees because the District Court schedule is
rather tight. I wanted to be in compliance, but had received no information
as to the identity of the U.S. Attorney assigned to the case. I explained that
to Carrie Hanmer when she called from the General Counsel's office in
Baltimore on May 12.

We do need to meet and confer, to the extent possible, to adhere as closely
as possible to the Court's schedule. I plan to be out of pocket for a while,
but I shall retrieve any interval correspondence from you on my return.

For the initial document exchange, I want all the documents I requested in
my FOIA request to the Social Security Administration, a copy of which
will be sent to you when we set a schedule to meet and confer. You
understand, surely, that comparative information is important in the

genre of cases.

It had been my plan to reserve a conference room in Oakland, but the civil tone of your letter makes me comfortable meeting at your facility, if you wish.

Enclosed is a copy of the packet I sent. I have no intent of further contact with the employees, now that I know you are the person to contact, as I know that would be improper.

Please be reminded that I seek no monetary damages from the IRS, only an opinion as to my worker status.

Cordially,

Margie McRae, MD

Enclosures:        1. Complaint and Amended Complaint
                   2. Meet and Confer letter

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARGIE McRAE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 06-1299 MJJ |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PLAINTIFF'S RETURN OF SERVICE ON GOVERNMENT DEFENDANTS

Attached hereto is the return of service on the government agency defendants.

IRS and Social Security Administration

BY:  *[signature]*                                      Dated: June 23, 2006

MARGIE McRAE, Plaintiff

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

**Article Sent To: (to be completed by mailer)**

*Return of Service Let to Dist Ct*

DELIVERY CONFIRMATION NUMBER: 0300 1290 0008 2433 7850

*[Postmark: USPS MAIN OFFICE STA, OAKLAND CA 94623-9991, JUN 23 2006]*

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access Internet web site at www.usps.com or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*[handwritten, illegible]*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X _____   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7005 1820 0005 0656 1875

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SAN FRANCISCO CA 94104

| | |
|---|---|
| Postage | $ $4.20 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: *[handwritten, illegible]*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800   *[illegible]*   See Reverse for Instructions

Margie McRae, M.D.
Box 24818
Oakland, CA 94623-2828


August 21, 2006


Jonathan U. Lee, Asst. U.S. Attorney
Office of the U.S. Attorney
450 Golden Gate Ave. - 11th Floor
San Francisco, CA     94102-3495

Dear Mr. Lee:

Enclosed find proof of service on your office.  Proof of service on the
Attorney General was filed as was this document and can be found in the
file if you have questions.

Cordially,

Margie McRae, M.D.

# EXHIBIT C

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE. POSTMASTER

Received From:

*[handwritten, illegible]*
Box 54916
Oakland CA 94

One piece of ordinary mail addressed to:

*[handwritten]* Jonathan Lee Asst. U.S. Attorney
Federal Bldg
450 Golden Gate Avenue
San Francisco, CA 94102-34

PS Form **3817**, January 2001

$0.95

*NCT COURT*
*OF CALIFORNIA*
*JONL*

II. ACTION NO. 06-1999 MJJ

Defen

PLAINT ...GOVERNMENT DEFENDANTS

Atta hed herein is the return of service on the government agency defendants.

IRS and Social Security Administration

BY:
*[signature]*
GEORGE McRAE, Plaintiff

Dated: June ...

## U.S. Postal Service Delivery Confirmation Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*[handwritten]*

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
internet web site at www.usps.com
or call 1-800-222-1811

DELIVERY CONFIRMATION NUMBER:
00 1290 0008 2933 7603

USPS MAIN POST OFFICE STA
OAKLAND
JUN 23 2008

CHECK ONE (POSTAL USE ONLY)

# EXHIBIT D

Margie McRae
Box 24818
Oakland, CA 94623-1818


June 10, 2006


Jonathan U. Less, Esq.
Assistant U.S. Attorney
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102-3495

Re: Case # 06-01999 MJJ

Dear Mr. Lee:

On June 9, I stopped in at your office because I was in the area. You were apparently in a deposition. I called on or about June 8. Clearly we can not meet the Court's schedule as your answer is not even due yet, so I shall ask for a continuance.

Kindly let me know if you are also representing IRS, as I have received no correspondence from them.

Cordially,

Margie McRae

Margie McRae
Box 24818
Oakland, CA 94623-1818


July 19, 2006


Jonathan U. Lee, Esq.
450 Golden Gate Ave., 10th FL
San Francisco, CA

Dear Mr. Lee:

Your letter was received a few hours before I left town. I prefer to meet and
confer in person and am willing to come to your office. Any time during the
week of July 31 is fine. I prefer early morning to the extent possible.

Cordially,

Margie McRae

CERTIFICATE OF MAILING

U.S. POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
M. McRae
Box 24818
Oakland CA 94623-1818

One piece of ordinary mail addressed to:
Jonathan U. Lee, Esq.
U.S. Attorney's Office
450 Golden Gate Ave., 10th FL
San Francisco, CA 94102

PS Form 3817, Mar. 1989          GPO : 1993 0 - 151-051

# EXHIBIT E

Margie McRae, M.D.
Box 24818
Oakland, CA 94623-1818


October 2, 2006


Jonathan U. Lee, Asst U.S. Attorney
Northern District of California
450 Golden Gate Ave., 10th Floor
San Francisco, CA 94102

Dear Mr. Lee:

Your answer is past due. I have already received an Order to Show Cause for not filing for default judgment. Please file your answer as soon as possible as I do not wish to receive another order.

We had planned to meet this month. Unfortunately, I have professional meetings and other commitments and the 13th is the only day I shall be available. We can meet very early in the morning or 1:00 p.m. or 4:30 p.m. If that does not work for you, the first part of November is available. Please let me know.

Your cooperation is appreciated.

Cordially,

Margie McRae, M.D.

# Flat Rate Envelope

**Flat Rate postage regardless of weight, destination or type of mailable material enclosed. Domestic use only.**




DOMESTIC USE ONLY.
FLAT RATE ENVELOPE

## *Print Postage Online - Go to www.usps.com/postageonline*

U.S. POSTAGE
PAID
OAKLAND,CA
94612
OCT 28. '06
AMOUNT
**$4.55**
00051603-05

0000    94102

Recycled Paper    **PLEASE PRESS FIRMLY**    **PLEASE PRESS FIRMLY**    **PLEASE PRESS FIR**

# PRIORITY MAIL
**UNITED STATES POSTAL SERVICE** ®

**www.usps.com**



**'OW TO USE:**

**1. COMPLETE ADDRESS AREA**
Type or print return address and addressee information

**United States Postal Service** ®

## DELIVERY CONFIRMATION ™



0306 1070 0002 3799 6524

**4. Bring your Priority Mail package to**
a post office, present it to your letter carrier,
or call 1-800-222-1811 for pick up service.
Stampd mail may be deposited in a
collection box **ONLY** if it weighs less
than 16 ounces.



**From:**

Mike Ferrino MD
Box 3985
Oakland CA 94683-1818

**To:**

Jonatte U. Lee
Asst. U.S. Attorney
10th Fl. Federal Bldg
450 Golden Gate Ave, Box 36055
San Francisco CA 94102-3495

▲ *Complete address information or place label here* ▲

## The convenient Flat Rate Envelope.
One low price for fast delivery anywhere in the U.S., regardless of weight,