IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGIE McRAE, | CIVIL ACTION NO. 06-1999 MJJ |
| Plaintiff, | **RESPONSE TO SUPPLEMENTAL DECLARATION OF U.S. ATTORNEY JONATHAN U. LEE** |
| vs. | |
| JOANNE BARNHART, Commissioner of the SOCIAL SECURITY ADMINISTRATION, MARK W. EVERSON, Commissioner of the INTERNAL REVENUE SERVICE, KAREN GILES AND PHYLLIS SCADUTO, | **MOTION TO DISMISS** Date: November 14, 2006 Time: 9:30 a.m. Place: Courtroom 11, 19th Floor 450 Golden Gate Avenue San Francisco, CA |
| Defendants. | Judge: Hon. Martin Jenkins |

**DECLARATION OF MARGIE McRAE, M.D.**

I, Margie McRae, M.D., plaintiff, declare, under penalty of perjury under the laws of the united States:

2. U.S. Attorney Lee, correctly, noted that I did not serve the United States Attorney General or the Commissioners of the Social Security Administration or Internal Revenue Service by certified mail.

3. Omitted is the fact that I did serve the United States Attorney for the Northern District of California by certified mail within the statutory time allowed. The complaint was filed on March 16, 2006 and the record shows a return receipt signed by the Civil

Process Clerk on May 16, 2006.

4.  This satisfies Federal Rules of Civil Procedure 4(i)(3):

> "The court shall allow a reasonable time to serve process under Rule 4(i) for the purpose of curing the failure to serve:
>
> (A) all persons required to be served in an action governed by Rule 4(i)(2)(A), if the plaintiff has served either the United States Attorney or the Attorney General of the United States,…"

5.  The United States Attorney was served after Attorney Lee's letter to me about deficient service. For that reason, I knew he was right about that deficiency, which was corrected. I did not anticipate that personal service on the other parties by experienced process servers was not an acceptable alternative under the statute, as it required more effort and expense than certified mail and seemed even more certain.

6.  Exhibit A is proof of service by certified mail to the United States Attorney General and the Commissioners for the Social Security Administration and the Internal Revenue Service.

BY: _____         Dated: October 2006
    MARGIE McRAE, Plaintiff

```
              BYRON RUMFORD STATION
              OAKLAND, California
                   946129996
                0555110005 -0097
11/08/2006      (510)251-3031        11:33:56 AM
_____
                Sales Receipt
Product           Sale  Unit           Final
Description       Qty   Price          Price

WASHINGTON DC 20224                    $4.05
Priority Mail
14.80 oz.
  Return Rcpt (Green Card)             $1.85
  Certified                            $2.40
  Label #:      70051820000506161899
                                    ========
  Issue PVI:                           $8.30

BALTIMORE MD 21235                     $4.05
Priority Mail
14.80 oz.
  Return Rcpt (Green Card)             $1.85
  Certified                            $2.40
  Label #:      70051820000506161882
                                    ========
  Issue PVI:                           $8.30

WASHINGTON DC 20004                    $4.05
Priority Mail
14.80 oz.
  Return Rcpt (Green Card)             $1.85
  Certified                            $2.40
  Label #:      70051820000506172994
                                    ========
  Issue PVI:                           $8.30
                                    _____

Total:                                $24.90

Paid by:
Cash                                 $100.00
Change Due:                          -$75.10


Bill#: 1000302130249
Clerk: 04

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```





## CERTIFICATE OF SERVICE

I, Margie McRae, certify that I served the following on defendants:

RESPONSE TO SUPPLEMENTAL DECLARATION OF U.S. ATTORNEY JONATHAN U. LEE - MOTION TO DISMISS

by placing a copy in the U.S. mail addressed to:

Asst. U.S. Attorney Jonathan U. Lee
N.D. California, 10th FL Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

BY: _____          Dated: November 8, 2006
MARGIE McRAE, M.D., Plaintiff