1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12  MARGIE MCRAE,                      )    No. C 07-1538 SBA
                                       )
13         Plaintiff,                  )
                                       )    **ORDER GRANTING MOTION TO**
14     v.                              )    **DISMISS**
                                       )
15  MICHAEL J. ASTRUE, COMMISSIONER    )
    OF THE SOCIAL SECURITY             )
16  ADMINISTRATION; GEORGE W. BUSH,    )
    PRESIDENT OF THE UNITED STATES     )
17  OF AMERICA,                        )
                                       )
18         Defendants.                 )
                                       )

1   For good cause shown, the Court hereby grants the motion.

2   Under Federal Rule of Civil Procedure 4(i), plaintiff McRae was required to serve the

3   complaint on the United States Attorney General, Commissioner of the Social Security

4   Administration and Commissioner of the Internal Revenue Service.  Plaintiff has not done so,

5   and more than 120 days has passed since the filing of the complaint on March 16, 2007.

6   In addition, plaintiff's summons was defective because it failed to list all three federal

7   officers that Rule 4 requires plaintiff to serve.  Specifically, the summons did not list the U.S.

8   Attorney's Office.

9   Plaintiff must follow the rules of service of process.

10  Therefore, the complaint is dismissed without prejudice.

11  **SO ORDERED**.

13  Dated: September __, 2007                        _____

14                                                  Hon. SAUNDRA B. ARMSTRONG
                                                    UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS
C 07-1538 SBA                    -2-