SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
   Telephone:     (415) 436-6909
   Facsimile:      (415) 436-6748
   Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGIE MCRAE, | ) No. C 06-1999 MJJ |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| JOANNE BARNHART, Commissioner of the SOCIAL SECURITY ADMINISTRATION, Mark W. Everson, Commissioner of the INTERNAL REVENUE SERVICE; KAREN GILES; PHYLLIS SCADUTO; | ) Civil Local Rules 3-12(b), 7-11 |
| Defendants. | ) |
| MARGIE MCRAE, | ) No. C 07-1538 SBA |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

PROPOSED ORDER ON ADMINISTRATIVE MOTION TO RELATE
C 06-1999 MJJ & 07-1538 SBA        -1-

1  The Motion for Miscellaneous Relief under Civil Local Rule 7-11 is GRANTED.  The Court
2  finds that Action 07-1538 is substantially similar to Action 06-1999, an earlier action filed by Dr.
3  McRae, and therefore the cases shall be related due to their common questions of fact and law.

Dated: July __, 2007

                                                                   _____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE