1   SCOTT N. SCHOOLS (S.C. BN 9990)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   JONATHAN U. LEE (SBN 148792)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Ninth Floor
5       San Francisco, California 94102
        Telephone:      (415) 436-6909
6       Facsimile:      (415) 436-6748
        Email: jonathan.lee@usdoj.gov
7
    Attorneys for Federal Defendants
8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12  MARGIE MCRAE,                    )    No. C 07-1538 SBA
                                     )
13          Plaintiff,               )
                                     )    **PROOF OF SERVICE**
14      v.                           )
                                     )
15  MICHAEL J. ASTRUE, COMMISSIONER  )
    OF THE SOCIAL SECURITY           )
16  ADMINISTRATION; GEORGE W. BUSH,  )
    PRESIDENT OF THE UNITED STATES   )
17  OF AMERICA,                      )
                                     )
18          Defendants.              )
    _____)
19

20  The undersigned hereby certifies that she is an employee of the Office of the United States

21  Attorney for the Northern District of California and is a person of such age and discretion to be

22  competent to serve papers.  The undersigned further certifies that on **July 2, 2007** she caused a

23  copy of :

24  **1) Administrative Motion to Consider Whether Cases Should Be Related; Declaration of**

25  **Jonathan U. Lee**

26  **2) Order Granting Administrative Motion to Consider Whether Cases Should Be Related**

27  **3) Motion to Dismiss For Defective Process and Failure to Serve Complaint; Declaration of**

28  **Jonathan U. Lee**

PROOF OF SERVICE
C 07-1538 SBA                        -1-

1    **4) Order Granting Motion to Dismiss**

2    filed July 2, 2007, to be served by U.S. mail upon the person at the place and address(es) stated

3    below, which is the last known address:

4

5    **Margie McRae**
     **P.O. Box 24818**
6    **Oakland, CA 94623-1818**

7

8         I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.

10   Dated: July 2, 2007                                    _____/s/_____

11                                                          MANIK BOWIE
                                                            Legal Assistant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
C 07-1538 SBA                              -2-