1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:       (415) 436-6909
6      Facsimile:       (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendants
8

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION

| MARGIE MCRAE, | ) | No. C 07-1538 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **PROOF OF SERVICE** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **July 3, 2007** she caused a copy of **Federal Defendants' Opposition to Plaintiff's Motion For Default; Declaration of Jonathan U. Lee; [Proposed] Order** filed July 3, 2007, to be served by U.S. mail upon the person at the place and address(es) stated below, which is the last known address:

**Margie McRae
P.O. Box 24818
Oakland, CA 94623-1818**

PROOF OF SERVICE
C 07-1538 SBA                              -1-

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 3, 2007

/s/
MANIK BOWIE
Legal Assistant