**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 3, 2007

RE:  <u>CV 07-01538 SBA</u>       <u>MCRAE-v- BARNHARDT ET AL</u>

Default is declined as to **Defendants JoAnne Barnhart, Commissioner of Social Security Administration, the United States and President George Bush** on **07/03/2007**.


RICHARD W. WIEKING, Clerk

by:   /s/
Jessie Mosley
Case Systems Administrator