IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGIE McRAE, | ) |
| Plaintiff, | ) CCIVIL ACTION |
| | ) |
| V. | ) NO. C 07 1538 SBA |
| | ) |
| JOANNE BARNHARDT, COMMISSIONER NOW MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION, AND THE UNITED STATES, GEORGE BUSH, PRESIDENT, | ) |
| Defendants. | ) |

PROOF OF SERVICE

The following documents were mailed to the United States Attorney, Scott N. Schools, by certified mail, return receipt requested on July 7, 2007:

1. Summons and Complaint

2. Declination to Proceed Before Magistrate Judge

3. The Honorable Judge Armstrong's Case Management Scheduling Order

4. Copies of the receipt of service by certified mail by Alberto Gonzales, Attorney General and Joanne Barnhardt, Social Security Commissioner

5. Notice of Case Management Conference with Judge Armstrong September 6, 2007 at 3:30 P.M. by conference call. Plaintiff is to initiate the call and have U.S. Attorney Lee on the line when Judge Armstrong is called.

BY: _____        Dated: July 7, 2007
     MARGIE McRAE, Plaintiff