UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 6/28/07

C-07-01538 SBA          **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:**          MCRAE vs. BARNHARDT ET AL
**Atty.:**  PRO PER                    NO APPEARANCE

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:**          N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1.** TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) **Motion(s)**   ( ) **Granted**     ( ) **Denied**      ( ) **Off Calendar**
         ( ) **Granted/Part**  ( ) **Denied/Part**  ( ) **Submitted**
( ) **Order to be prepared by** ( ) **Plaintiff**  ( )**Deft**  ( ) **Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 9/6/07       for a Telephone Case Management Conference at 3:30 p.m.
Case Continued to              for  OSC RE:
Case Continued to              for                       Motion Hearing
Brief Sched. Motion papers by       Opposition by         Reply by
General Discovery Cut-off          Expert Discovery Cut-off
Plft to name Experts by            Deft to name Experts by
All Dispositive Motions to be heard by ( Motion Cut-off)
Case Continued to              for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due          Motions in limine/objections to evidence due     Responses
to motions in limine and/or responses to objections to evidence due
Case Continued to          for Trial(Court/Jury:      Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE            FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  PLAINTIFF ADVISED COURT THAT DEFENDANT'S HAVE BEEN PROPERLY SERVED AND HAVE NOT RESPONDED; PLAINTIFF ADVISED COURT THAT SHE HAS FILED A MOTION FOR DEFAULT JUDGMENT; COURT ADVISED PLAINTIFF THAT SHE NEEDS TO HAVE DEFAULT ENTERED BY THE CLERK BEFORE MOTION FOR DEFAULT CAN BE FILED WITH THIS COURT.

_____ cc: