IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MARGIE McRAE,                                    )
                                                 )
                                                 )
        Plaintiff,                               )      CIVIL ACTION
                                                 )
                                                 )      NO. C 07 1538 SBA
        V.                                       )
                                                 )
(JOANNE BARNHRDT                                 )
MICHAEL J. ASTRUE, COMMISSIONER                  )
SOCIAL SECURITY ADMINISTRATION,                  )
AND THE UNITED STATES, GEORGE                    )
BUSH, PRESIDENT,                                 )
                                                 )
        Defendants.                              )
                                                 )
_____ )

FILED
JUL 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES

## SHOULD BE RELATED

Plaintiff does not oppose this motion, but does not accept any averments

of counsel with respect to the pleadings or interpretation.

BY: _____      Dated: July 11, 2007
        MARGIE McRAE, M.D., Plaintiff