IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGIE McRAE,<br><br>Plaintiff,<br><br>V.<br><br>(JOANNE BARNHRDT<br>MICHAEL J. ASTRUE, COMMISSIONER<br>SOCIAL SECURITY ADMINISTRATION,<br>AND THE UNITED STATES, GEORGE<br>BUSH, PRESIDENT,<br><br>Defendants. | CIVIL ACTION<br><br>NO. C 07 1538 SBA |

FILED
JUL 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT, SERVICE WAS DEFECTIVE

Plaintiff withdraws her Motion for Default Judgment as service was defective in that the United States Attorney was not served. The Clerk appropriately declined to enter default.

BY: _____    Dated: July 11, 2007
MARGIE McRAE, M.D., Plaintiff