UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER SYSTEMS INC,<br><br>           Plaintiff,<br><br>v.<br><br>MICHELLE GREEN et al,<br><br>           Defendant. | Case Number: CV06-03530 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence McLaughlin
P.O. Box 1769
Santa Rosa, CA 95402

Dated: August 22, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk