SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

     450 Golden Gate Avenue, 9th Floor
     San Francisco, California 94102
     Telephone:   (415) 436-6909
     Facsimile:   (415) 436-6748
     Email: jonathan.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARGIE MCRAE | ) | No. C 07-1538 MJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF UNAVAILABILITY** |
| v. | ) | |
| | ) | |
| JOANNE BARNHART | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

TO THE PLAINTIFF:

Defendant's counsel will be unavailable from August 4, 2007 through August 12, 2007.

Please be advised that scheduling hearings during these dates of unavailability could

subject you to sanctions. *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305

(1992).

                             Respectfully submitted,

                             KEVIN V. RYAN
                             United States Attorney

Dated: August 3, 2007                _____/s/_____
                             JONATHAN U. LEE
                             Assistant United States Attorney