SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:     (415) 436-6909
Facsimile:     (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARGIE MCRAE, | No. C 07-1538 MJJ |
| Plaintiff, | Related to C 06-1999 MJJ |
| v. | **PROPOSED ORDER GRANTING MOTION TO DISMISS** |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA, | Date: September 25, 2007<br>Time: 9:30 a.m.<br>Ctrm: 11, 19th Floor<br>Address: 450 Golden Gate Avenue, San Francisco, CA 94102 |
| Defendants. | |

FOR GOOD CAUSE SHOWN, the motion to dismiss is GRANTED.

Plaintiff's claims in Count Four, Five and Six are dismissed with prejudice. Count Four is for slander per se, which is prohibited by the express terms of the Federal Tort Claims Act. Count Five is a contract-based claim and this Court previously determined that plaintiff cannot sue the Federal Government for such a claim in this Court. Count Six is a claim for declaratory relief that is part of plaintiff's claim of breach of employment contract, and this Court previously determined such claims cannot be brought in this Court.

Plaintiff's claims in Count One, Two and Three are dismissed without prejudice. First,

1 plaintiff has not plead or shown exhaustion of required administrative remedies before filing suit.
2 Furthermore, these are claims of employment discrimination under Title VII, which prohibits
3 discrimination and retaliation for protected conduct or status, respectively, in federal
4 employment.  As such, these claims should be brought in this Court, if at all, once plaintiff's
5 declaratory relief claims are resolved in their proper forum.
6 **IT IS SO ORDERED**.
7 DATED: September __, 2007

HON. MARTIN J. JENKINS
United States District Judge