1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:       (415) 436-6909
6      Facsimile:       (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 MARGIE MCRAE,                   )   No. C 07-1538 MJJ
                                   )
13         Plaintiff,               )
                                   )   **PROOF OF SERVICE**
14     v.                          )
                                   )
15 MICHAEL J. ASTRUE, COMMISSIONER )
   OF THE SOCIAL SECURITY          )
16 ADMINISTRATION; GEORGE W. BUSH, )
   PRESIDENT OF THE UNITED STATES  )
17 OF AMERICA,                     )
                                   )
18         Defendants.              )
                                   )
19

20 The undersigned hereby certifies that she is an employee of the Office of the United States

21 Attorney for the Northern District of California and is a person of such age and discretion to be

22 competent to serve papers. The undersigned further certifies that on **August 6, 2007** she caused

23 a copy of **:**

24 **1) Motion to Dismiss**

25 **2) Proposed Order Granting Motion to Dismiss**

26  filed August 3, 2007, to be served by U.S. mail upon the person at the place and address(es)

27 stated below, which is the last known address:

28

PROOF OF SERVICE
C 07-1538 MJJ                          -1-

**Margie McRae**
**P.O. Box 24818**
**Oakland, CA 94623-1818**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 6, 2007                                        /s/
                                                   MANIK BOWIE
                                                   Legal Assistant

PROOF OF SERVICE
C 07-1538 MJJ                           -2-