IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MCRAE,

        Plaintiff,

  v.

BARNHARDT, et al.,

        Defendant.

No. C 07-01538 MJJ

**CLERK'S NOTICE VACATING HEARING DATE**

    YOU ARE NOTIFIED THAT the **Motion to Dismiss**, which has been noticed for hearing on *10/16/07 at 9:30 AM*, will be decided on the papers submitted without oral argument.  Accordingly, the hearing date is hereby VACATED.

Dated:  October 11, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk