UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MCRAE et al,

        Plaintiff,

v.

BARNHARDT, et al,

        Defendant.

Case Number: CV07-01538 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Margie McRae
P.O. Box 24818
Oakland, CA 94623-1818

Dated: October 11, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk