IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCRAE, | No. C07-01538 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| BARNHARDT ET AL, | |
| Defendant. | |

On October 16, 2007, the Court granted Defendants Michael J. Astrue, Commissioner of the Social Security Administration and George W. Bush's (collectively, "Defendants") Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim. (Docket No. 36.) The Court granted Plaintiff Margie McRae ("Plaintiff") leave to file an amended complaint, if any, within thirty days from the filing date of the Order. Plaintiff did not timely file an amended complaint. The Court therefore **ORDERS** this case **DISMISSED**. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE